**486  HOLTON vs. CIRCUIT JUDGE (Gratiot), No. 16048.**

To vacate an order entered in a divorce cause, after notice of appeal given and bond filed by complainant, requiring the defendant to pay to the register " the sum of $142.20, to be used by such register in procuring a transcript of the stenographer's minutes, to be filed in this cause to be used by the court in the settlement of this case, and in perfecting an appeal herein, such being the estimated cost of procuring such transcript."

Granted February 9, 1897.

**487  DERBY ET AL. vs. CIRCUIT JUDGE (Saginaw), 60 M., 1.**

To require the respondent. to issue a distringas to enforce the collection of costs awarded in proceedings by a railroad company to condemn land for a right of way.

Denied February 10, 1886.

Held, that the remedy provided by statute for such proceeding is exclusive, and that the failure to pay the expenses, costs and counsel fees awarded, within sixty days after confirmation of the report of the jury, is a waiver and abandonment of such proceeding.